UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    5:26-cv-00571-DSF-SK                    Date: April 7, 2026

Title    Simranjit Singh v. Warden of the Desert View Annex Detention Facility, et al.

Present: The Honorable: Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s)/Petitioner(s): | Attorneys Present for Defendant(s)/Respondent(s): |
|---|---|
| None present | None present |

**Proceedings:**        (IN CHAMBERS) **ORDER VACATING STATUS CONFERENCE [ECF 8]; REQUIRING JOINT STATUS REPORT; DENYING UNOPPOSED MOTION FOR VIDEO OR TELEPHONIC APPEARANCE AS MOOT [ECF 9]**

Having reviewed petitioner's motion for remote appearance (ECF 9), the Court VACATES the April 15, 2026 status conference as to both parties. Accordingly, petitioner's motion is DENIED as moot.

In place of the parties' appearances at the status conference, the parties are ORDERED to provide the Court, via a joint status report, with copies of the following records within **7 days** of this order:

1)  Petitioner's Notice(s) to Appear (NTA)
2)  Petitioner's Form I-213, "Record of Deportable/Inadmissible Alien," and any amendments or modifications thereof
3)  The records of any custody determinations related to Petitioner's release, detention, and re-detention since his entry into the U.S.
4)  The records of any conditions of release connected to Petitioner's entry into and presence in the U.S.
5)  The records of any prior bond posted on Petitioner's behalf

IT IS SO ORDERED.