# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

SIMRANJIT SINGH,

             Petitioner,

    v.

WARDEN OF THE DESERT VIEW ANNEX DETENTION FACILITY, et al.,

             Respondents.

Case No. 5:26-cv-00571-DSF-SK

**JUDGMENT**

Pursuant to the Order Granting Habeas Petition, **IT IS ADJUDGED** that the petition under 28 U.S.C. § 2241 is granted on the terms set forth in that Order.

DATED: April 21, 2026

_____
HONORABLE DALE S. FISCHER
United States District Judge